**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,                            CASE NO. 22-cr-20089

    v.                                   HON. TERRENCE G. BERG

RICHARD WILBUR PARISI

    Defendant.
_____/

**ORDER TO SEAL DEFENDANT'S SENTENCING MEMORANDUM**

The above-captioned Defendant, having moved to seal his Sentencing Memorandum, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that that Defendant's Sentencing Memorandum shall be received under seal and remain sealed until further Order of this Court.

DATED: August 15, 2023                 /s/Terrence G. Berg_____
                                                  HON. TERRENCE G. BERG
                                                  United States Chief Judge